USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 5/25/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

against

Onofrio Catalano, Defendant #10
Faro Lupo, Defendant # 16
Giuseppe Soresi, Defendant # 19
Philip Salamone, Defendant # 23
Leonardo Greco, Defendant #28
Olivero Tognoli, Defendant #29
Salvatore Miniati, Defendant #31
Benito Zito, Defendant #36

Defendants.

No. 84 Crim. 00236(DC)

ORDER

CHIN, Circuit Judge

The above-named defendants are fugitives in this case. IT IS HEREBY ORDERED that the Clerk of the Court shall terminate the motions docketed as Documents # 317 & # 374.

Dated: May 25, 2011
New York, New York

DENNY CHIN, United States Circuit Judge
Sitting by designation